# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 13-cv-3298-WJM-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLAUDETTE ZAREMBA, M.D.

    Defendant.

---

## ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

---

This matter is before the Court on the Parties' Joint Motion for Entry of Consent Judgment, filed February 4, 2014 (ECF No. 15).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion is GRANTED.

Pursuant to the Complaint (ECF No. 1) filed by the Plaintiff against Defendant herein it is FURTHER ORDERED that

1.    Defendant is indebted to Plaintiff in the sum of $61,142.42 ($35, 309.58, plus interest on this principal computed at the applicable note rate in the amount of $25,832.84 as of January 8, 2014, and interest thereafter on this principal at the applicable note rate from this date until the date of judgment), together with all costs of suit, for all of which Plaintiff may have its execution;

2. Post-judgment interest shall accrue at the current legal rate in effect at the time of entry of this consent judgment, and will be compounded annually until paid in full, pursuant to the provisions of 28 U.S.C. § 1961(b), as amended; and

3. Costs be taxed in favor of Plaintiff in the sum of $350.00 for court filing fees pursuant to 28 U.S.C. § 1914(a)

Dated this 7th day of February, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge